**IN THE UNITED STATES BANKRUPTCY COURT FOR**

**THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 NO.: |
| Demetria D Griffin | 21-50726  KMS |

**RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS**

COMES NOW Trustee, David Rawlings, pursuant to 11 U.S.C. §347 and rule 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| US Department of Education c/o Fedloan Servicing | P O Box 790234, St. Louis, MO 63179 | $2417.11 |

THAT the Trustee mailed a check to the referenced debtor/creditor at the address listed above, and said check was not presented for payment or the United States Postal Service returned said check and it has been voided.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts.

Dated: December 16, 2025                          Respectfully submitted,

                                                                    /s/ David Rawlings_____
                                                                   David Rawlings
                                                                   Chapter 13 Standing Trustee
                                                                   P.O. Box 566
                                                                   Hattiesburg, MS 39403

**CERTIFICATE OF SERVICE**

I, David Rawlings, Chapter 13 Standing Trustee, do hereby certify that I have this day served a true and correct copy of the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts to the following parties by U. S. Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov
trollins@therollinsfirm.com
US Department of Education c/o Fedloan Servicing P O Box 790234, St. Louis, MO 63179

Dated: December 16, 2025                                  /s/  David Rawlings_____
                                                                            David Rawlings