Generated: Dec 19, 2025 12:02PM

Page 1/1



# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Jackson

Receipt Date: Dec 19, 2025 12:02PM

David Rawlings, Chapter 13 Trustee

Rcpt. No: 30000978      Trans. Date: Dec 19, 2025 12:02PM      Cashier ID: #DCSs (3665)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|----|-------------|---------------------|-----|-------|-----|
| UC | UNCLAIMED FUNDS | 20-02789-KMS | 1 | 2277.78 | 2277.78 |
| UC | UNCLAIMED FUNDS | 21-50726-KMS | 1 | 2417.11 | 2417.11 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CH | CHECK | #8016053 | 12/19/2025 | | $4,694.89 |
| | | | Total Due Prior to Payment: | | $4,694.89 |
| | | | Total Tendered: | | $4,694.89 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Debtor**: Debbie Harvey

**Debtor**: Demetria Diana Griffin

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

DEC 19 2025

Danny L. Miller, Clerk of Court
By: _____, Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT FOR**

**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                    CHAPTER 13 NO.:
Demetria D Griffin                                        21-50726 KMS

### RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

COMES NOW Trustee, David Rawlings, pursuant to 11 U.S.C. §347 and rule 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| US Department of Education c/o Fedloan Servicing P O Box 790234, St. Louis, MO 63179 | | $2417.11 |

THAT the Trustee mailed a check to the referenced debtor/creditor at the address listed above, and said check was not presented for payment or the United States Postal Service returned said check and it has been voided.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts.

Dated: December 16, 2025                         Respectfully submitted,

                                                          /s/ David Rawlings
                                                          David Rawlings
                                                          Chapter 13 Standing Trustee
                                                          P.O. Box 566
                                                          Hattiesburg, MS 39403

### CERTIFICATE OF SERVICE

I, David Rawlings, Chapter 13 Standing Trustee, do hereby certify that I have this day served a true and correct copy of the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts to the following parties by U. S. Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov
trollins@therollinsfirm.com
US Department of Education c/o Fedloan Servicing P O Box 790234, St. Louis, MO 63179

Dated: December 16, 2025                         /s/ David Rawlings
                                                          David Rawlings

**David Rawlings**
CHAPTER 13 STANDING TRUSTEE
Post Office Box 566
Hattiesburg, Mississippi 39403

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

DEC 19 2025

Danny _____ Clerk of Court
By: _____ Deputy Clerk

3920195036 C006

U. S. Bankruptcy Court
ATTN: Financial Administrator
Thad Cochran United States Courthouse
501 E. Court Street, Ste 2.300
Jackson, MS 39201

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 39401
02 7H
0006190911

$ 000.74⁰
DEC 18 2025