UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

In re:                                                        Case No. 21-50726 KMS

DEMETRIA DIANA GRIFFIN

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Rawlings, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/28/2021.

2) The plan was confirmed on 08/19/2021.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/11/2024.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/12/2022.

5) The case was completed on 11/12/2024.

6) Number of months from filing or conversion to last payment: 41.

7) Number of months case was pending: 55.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $18,906.00.

10) Amount of unsecured claims discharged without full payment: $141,865.56.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $14,045.13 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $14,045.13

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,600.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $840.86 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,440.86

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABEKA ACADEMY | Unsecured | 745.00 | NA | NA | 0.00 | 0.00 |
| Advance America | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN CREDIT ACCEPTANCE | Unsecured | NA | 0.00 | 5,557.72 | 139.50 | 0.00 |
| AMERICAN CREDIT ACCEPTANCE | Secured | 10,000.00 | 0.00 | 6,075.00 | 6,075.00 | 727.29 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 213.94 | 213.94 | 5.36 | 0.00 |
| CASH NET USA | Unsecured | 1,273.60 | 1,273.60 | 1,273.60 | 31.97 | 0.00 |
| CHECK NOW | Unsecured | 517.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | NA | 1,216.66 | 1,216.66 | 30.54 | 0.00 |
| COMMENITY BANK/ GOODY'S | Unsecured | 547.00 | NA | NA | 0.00 | 0.00 |
| COMMENITY BANK/ GOODY'S | Unsecured | 539.00 | NA | NA | 0.00 | 0.00 |
| COOK SALES INC | Unsecured | 318.00 | 318.03 | 318.03 | 7.98 | 0.00 |
| CRONIN FAMILY DENTISTRY | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| DARICE | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Envision Payment Solut | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| EVENT DECOR DIRECT | Unsecured | 1,876.46 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 96,489.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| FIVEFISH | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| FMA ALLIANCE LTD PRECISION RCV | Unsecured | 269.00 | NA | NA | 0.00 | 0.00 |
| FOCUS RECEIVABLES | Unsecured | 1,220.00 | NA | NA | 0.00 | 0.00 |
| GEICO | Unsecured | 68.55 | NA | NA | 0.00 | 0.00 |
| INDIGO CREDIT CARD | Unsecured | 539.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEM | Unsecured | 460.00 | 460.70 | 460.70 | 11.56 | 0.00 |
| K. JORDAN | Unsecured | NA | 395.95 | 392.95 | 9.85 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | NA | 152.21 | 152.21 | 3.82 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 260.94 | 281.43 | 281.43 | 7.06 | 0.00 |
| MASON EASY PAY | Unsecured | 315.63 | NA | NA | 0.00 | 0.00 |
| MASSEY'S | Unsecured | 892.64 | 892.64 | 892.64 | 22.41 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, I | Unsecured | 749.00 | 749.37 | 749.37 | 18.81 | 0.00 |
| NATIONAL CREDIT ADJUSTERS, LLC | Unsecured | 2,186.00 | 2,186.98 | 2,186.98 | 54.89 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NELNET | Unsecured | 11,543.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |
| PAYPAL CREDIT | Unsecured | 275.57 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 539.77 | 539.77 | 13.55 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 258.75 | 258.75 | 6.49 | 0.00 |
| REVCO SOLUTIONS | Unsecured | 392.95 | NA | NA | 0.00 | 0.00 |
| REVCO SOLUTIONS | Unsecured | 187.21 | NA | NA | 0.00 | 0.00 |
| RISE CREDIT OF MS LLC | Unsecured | 2,186.00 | NA | NA | 0.00 | 0.00 |
| SCOLOPAX, LLC | Unsecured | 1,871.58 | 839.72 | 839.72 | 21.08 | 0.00 |
| SEQUIM ASSEST SOLUTIONS | Unsecured | 73.89 | NA | NA | 0.00 | 0.00 |
| SEQUIM ASSEST SOLUTIONS | Unsecured | 64.76 | NA | NA | 0.00 | 0.00 |
| SEQUIM ASSEST SOLUTIONS | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| STRATFORD CAREER | Unsecured | 904.00 | NA | NA | 0.00 | 0.00 |
| STRATFORD CAREER | Unsecured | 1,004.00 | NA | NA | 0.00 | 0.00 |
| SWISS COLONY | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| TOTAL VISA | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| True Accord | Unsecured | 206.94 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | NA | 96,489.30 | 96,489.30 | 2,417.11 | 0.00 |
| Uscb Corporation | Unsecured | 1,004.00 | NA | NA | 0.00 | 0.00 |
| Uscb Corporation | Unsecured | 904.00 | NA | NA | 0.00 | 0.00 |
| WOMEN'S PAVILLION OF SO MS | Unsecured | 702.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,075.00 | $6,075.00 | $727.29 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,075.00** | **$6,075.00** | **$727.29** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$111,823.77** | **$2,801.98** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,440.86 |
| Disbursements to Creditors | $9,604.27 |
| **TOTAL DISBURSEMENTS** : | **$14,045.13** |

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/14/2026        By: /s/ David Rawlings

                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**